No. 71–6450. TAYLOR *v.* MONTANA. Sup. Ct. Mont. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE BLACKMUN are of the opinion that certiorari should be granted.

No. 203, October Term, 1970. MCGAUTHA *v.* CALIFORNIA, 402 U. S. 183. Motion for leave to file supplement to petition for rehearing granted. Petition for rehearing denied. *Aikens* v. *California, ante,* p. 813.

No. 71–6020. SUNDLUN *v.* SUNDLUN, 405 U. S. 1068;

No. 71–6066. SULLIVAN *v.* SULLIVAN, 405 U. S. 1070; and

No. 71–6104. PATTERSON *v.* LASH, WARDEN, 405 U. S. 1075. Petitions for rehearing denied.

No. 71–5984. WALKER *v.* TWOMEY, WARDEN, 405 U. S. 1044. Motion for leave to file petition for rehearing denied.